UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Charles Brown,** | ) | CASE NO. 1:21 CV 1645 |
| | ) | |
| Plaintiff, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| v. | ) | |
| | ) | |
| **Judge Christopher R. Rothgery,** | ) | <u>Judgment Entry</u> |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Court's Memorandum of Opinion and Order filed contemporaneously herewith, this action is hereby DISMISSED.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

                                                                                          /s/ Patricia A. Gaughan
                                                                                          PATRICIA A. GAUGHAN
                                                                                          United States District Court
Dated: 11/22/21                                                        Chief Judge